

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

March 28, 1972

Honorable Vernon Walter
Chairman
Texas Structural Pest
  Control Board
P. O. Box 13026, Capitol Station
Austin, Texas   78711

Dear Sir:

Opinion No. M-1107

Re: May the amount of license
    fees required by Section
    7(a) of Article 135b-6,
    Vernon's Annotated Civil
    Statutes, be prorated for
    less than one year?

        You have requested of this office an opinion as to whether
the amount of license fees required by Section 7(a) of the Texas
Structural Pest Control Act, Article 135b-6, Vernon's Annotated
Civil Statutes, which Act became effective December 6, 1971, can
be prorated for less than the full amount it specifies.

        Section 6(b) of Article 135b-6, Vernon's Annotated Civil
Statutes, is quoted below and shows the license durations to be
for a period of one year.

                "All licenses issued by the board shall
        expire on March 1 of each calendar year and
        may be renewed by submitting an application
        to the board and paying the required renewal
        fees."   (Emphasis added.)

        Initial licenses issued by the board after December 6, 1971,
the effective date of the Act, expired on March 1, 1972.  Renew-
al licenses thus became effective after that date.

        Section 7(a) of Article 135b-6, is quoted in full below:

                "An applicant for an initial or renewal
        license shall accompany his application with
        a fee of $50 for each place of business located
        in the State and a fee of $5 and $15, as deter-
        mined by the board, for each employee of the
        applicant who is engaged in structural pest
        control services.  This is not to apply to
        those locations serving only as answering
        services for a licensed business."   (Emphasis
        added.)

-5397-

Thus, a reading of this Section shows that for the initial license as well as subsequent renewal application, the applicant must attach to the application a fee of $50.00.  As the Court held in State v. Wagner, 203 S.W.2d 795 (Tex.Civ. App. 1947, error ref.), at page 796:

> "...There is no stronger mandatory term than the word 'shall'."

Since there is no provision in Article 135b-6 for the proration of fees collected or to be collected, it is the opinion of this office that the wording of the Texas Structural Pest Control Act makes it mandatory that a license fee of $50.00 for each business location and a fee of $5.00 or $15.00 for each employee, accompany each initial or renewal application regardless of the date of the application.  For a similar opinion construing a different statute see Attorney General Opinion M-580 (1970).

We answer your question in the negative.

### S U M M A R Y

The Texas Structural Pest Control Board has no authority to prorate the amount of the license fees required by Section 7(a) of Article 135b-6, Vernon's Annotated Civil Statutes, regardless of the date of an application for either an initial or a renewal license.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Charles R. Lind
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman

Sig Aronson
Malcolm Quick
Linward Shivers
Dan Green

SAMUEL D. McDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant